IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR ZAVALA POSADA | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO.: 7:17-cv-00168 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY AND AND AIDA TRAINER-LANCE | § § § § § | JURY DEMAND |
| Defendants. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Victor Zavala Posada and Defendants United Property & Casualty Insurance Company and Aida Trainer-Lance hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants United Property & Casualty Insurance Company and Aida Trainer-Lance are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 14th day of August, 2017.

Respectfully submitted,

/s/ *  R. Po———
Robert A. Pollom
State Bar No. 24041703
Southern District Bar No. 2149539
Jake S. Rogiers
State Bar No. 24069066
Southern District Bar No. 2478454

**KETTERMAN, ROWLAND & WESTLUND**
16500 San Pedro, Suite 302
San Antonio, TX 78232
Telephone: (210) 495-6789
Facsimile: (210) 495-6790

E-mail: Robert@krwlawyers.com
E-mail: jake@krwlawyers.com
**COUNSEL FOR PLAINTIFF**
*signed with permission*


And


/s/ Rhonda J. Thompson
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Shannon Beck
State Bar No. 24092102
Southern District No. 2715159

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on the 14th day of August, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Robert A. Pollom
Jake S. Rogiers
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, TX 78232
Facsimile: (210) 495-6790
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson